**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
                                    )
JOHN BLAKE, SR.                     )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 06-1575 (HHK)
                                    )
THE ARCHITECT OF THE CAPITOL        )
                                    )
            Defendant.              )
                                    )
```

**ANSWER**

Defendant, Office of the Architect of the Capitol (AOC), responds to the plaintiff's complaint as follows:

**First Defense**

Plaintiff has failed to state a claim upon which relief can be granted.

**Second Defense**

Plaintiff has failed to comply with the requirements under the Congressional Accountability Act (CAA), 2 U.S.C. 1301 <u>et seq</u>., the applicable referenced statutes under t he CAA, the regulations issued by the Office of Compliance or regulations made applicable under the Congressional Accountability Act.

**Third Defense**

The Court lacks subject jurisdiction over plaintiff's claims.

## Fourth Defense

Plaintiff is not a qualified individual with a disability that substantially limits a major life activity.

## Fifth Defense

In response to the numbered paragraphs of the Complaint, defendant admits, denies, and avers as follows:

1. This paragraph is plaintiff's characterization of her suit to which no response is required. To the extent a response is deemed required, it is denied.

2. This paragraph is plaintiff's characterization of her suit to which no response is required. To the extent a response is deemed required, it is denied.

3. Denied, except to admit that if the Court has jurisdiction, venue would be proper.

4. Admitted.

5. Admitted.

6. Denied, except to note that plaintiff completed counseling and mediation as alleged.

7. The defendant incorporates by reference herein its responses to Paragraphs 1-6.

8. The defendant admits that plaintiff suffers from depression, but denies the remainder of this paragraph and denies that plaintiff is a qualified individual with a disability that substantially limits a major life activity.

10. Denied.

11. Denied. The defendant further avers that despite the lack of a qualifying disability the defendant has accommodated plaintiff and that he works the day shift.

12. Admitted.

13. Admitted, except to note that the change was due to increased workload.

14. The defendant admits that it received an email from the plaintiff on May 26, 2005. The Court is directed to the full text of the email and attachments for a complete and accurate statement of contents.

15. The defendant admits that the defendant again accommodated plaintiff's personal family problems.

16. Denied.

17. Admitted.

18. Denied as stated. The defendant admits that a vacancy announcement for a position in the day shift was announced on September 9, 2005. It was a competitive position for which plaintiff applied and was found qualified and referred to selecting official on September 26, 2005. Defendant admits that plaintiff was advised that he would have to apply for the position. Any allegation inconsistent with the foregoing is denied.

19. The defendant is without knowledge or information sufficient to form a belief as to the plaintiff discussions with his counselor and his hospitalization. Therefore, these

allegations are denied. Defendant admits that plaintiff was advanced sick leave which ran out on October 16,2005.

20. The defendant admits that plaintiff met with Peter Aichenson, the Assistant Superintendent of AOC, that plaintiff requested that he be placed on day shift and that Mr. Aichenson denied his request. The remaining allegations are denied as stated.

21. The defendant admits that plaintiff was taken from the Electrical Division Break Room by ambulance and hospitalized, but denies that this was a result of any actions of the defendant.

22. The defendant has no knowledge or information as to when plaintiff retained counsel, but admits that plaintiff provided the defendant with medical documentation in support of his request for transfer to the day shift.

23. Admitted.

24. The defendant incorporates by reference herein its responses to Paragraphs 1-24.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

Any allegation not specifically admitted is denied.

wherefore, it is respectfully requested that the complaint be dismissed and that the Court grant such further relief as it deem appropriate.

                Respectfully submitted,

                __/s/_____
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                __/s/_____
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                __/s/_____
                DIANE M. SULLIVAN, D. C. BAR # 12765
                Assistant United States Attorney
                Judiciary Center Building
                555 Fourth Street, N.W.
                Room E4919
                Washington, D.C. 20530
                (202) 514-7205