**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN BLAKE, SR. ) | |
| 205 West Hawthorne Dr. ) | |
| La Plata, Maryland 20646 ) | Civil Action No. 1:06CV01575(HHK) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE ARCHITECT OF THE ) | |
| CAPITOL ) | |
| U.S. Capitol Building ) | |
| Washington, D.C. ) | |
| Defendant. ) | |

## PROOF OF SERVICE

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7005 1820 0004 0049 8572, to the U.S. Attorney General at 950 Pennsylvania Ave, N.W., Washington DC 20530 on September 11, 2006.  The summons and complaint were received on September 18, 2006, and the Return Receipt is attached hereto.

        Respectfully Submitted,
        ALDERMAN & DEVORSETZ, PLLC

        /s/ Leslie D. Alderman III (D.C. # 477750)
        1025 Connecticut Ave., NW
        Suite 1000
        Washington, DC 20036
        Tel: 202-969-8220
        Fax: 202-969-8224

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ganett L Parker_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>SEP 1 8 2006 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1820 0004 0049 8572 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540