```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| JOHN BLAKE, SR. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   v. | ) | Civil Action No. 06-1575 (HHK) |
| | ) | |
| THE ARCHITECT OF THE CAPITOL | ) | |
| | ) | |
|     Defendant. | ) | |

## JOINT MOTION TO REFER THE CASE TO MEDIATION

    The parties respectfully move to refer the case to a Magistrate Judge for mediation before the parties engage in discovery. The parties hope to resolve the case before they incur the expenses of discovery and expert witnesses. The parties note for the convenience of the Court and Magistrate Judge that they are not available from December 15, 2006 – January 5, 2007 for mediation.

    An Order consistent with this motion is attached.

|  | Respectfully submitted, |
|---|---|
| __/s/_____<br>LESLIE DAVID ALDERMAN, III<br>D.C. Bar # 477750<br>Alderman & Devorsetz, PLLC<br>1025 Connecticut Avenue, NW<br>Suite 1000<br>Washington, DC 20036<br>202-969-8220<br>Fax: 202-969-8224<br>Email: lalderman@a-dlaw.com<br><br>Attorney for Plaintiff | __/s/_____<br>JEFFREY A. TAYLOR, D.C. BAR # 498610<br>United States Attorney<br><br>__/s/_____<br>RUDOLPH CONTRERAS, D.C. BAR # 434122<br>Assistant United States Attorney<br><br>__/s/_____<br>DIANE M. SULLIVAN, D. C. BAR # 12765<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Room E4919<br>Washington, D.C. 20530<br>(202) 514-7205<br><br>Attorneys for Defendants |