**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN BLAKE, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1575 (HHK) |
| ) | |
| THE ARCHITECT OF THE CAPITOL ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Upon consideration of the parties' Motion to refer the case to mediation, it is this _____day of October, 2006 hereby

ORDER, that the case is referred to Magistrate-Judge _____ for mediation to commence on January 9, 2007 and conclude by _____, 2007.

_____
United States District Court Judge