UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BLAKE, SR.,<br><br>Plaintiff,<br><br>v.<br><br>THE ARCHITECT OF THE CAPITOL,<br><br>Defendant. | Civil Action 06-01575 (HHK) |

ORDER

REFERRING ACTION TO UNITED STATES MAGISTRATE JUDGE
ROBINSON FOR THE PURPOSE OF MEDIATION

It is this 31st day of December, 2006, hereby

**ORDERED** that the above captioned case is hereby referred to United States Magistrate Judge Deborah Robinson for the purpose of conducting mediation proceedings to conclude by March 1, 2007. The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

Henry H. Kennedy, Jr.
United States District Judge