IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BLAKE, SR. | ) |
|     Plaintiff | ) |
| v. | ) |
| | )   Case No. 1:06-cv-1575 (HHK) |
| THE ARCHITECT OF THE | ) |
| CAPITOL | )   Judge: Henry H. Kennedy, Jr. |
|     Defendant | )   Magistrate Judge: Deborah A. Robinson |

## CONSENT MOTION TO POSTPONE SETTLEMENT CONFERENCE

The Parties to the above-captioned civil action hereby respectfully request that the settlement conference before Magistrate Judge Robinson, which is currently scheduled for February 8, 2007 at 9:30am, be rescheduled.

The parties have been negotiating in good faith with each other in an effort to resolve their dispute, and have made good progress in that effort. The parties believe that the extension of time may permit them to conclude their negotiations or to at least further them to the point that minimal judicial assistance will be required. Unfortunately, the parties' progress has been slowed by counsel for the Defendant's sudden illness on February 5 and 6, 2007 and the undersigned's heavy litigation schedule, which removed him from the office for a significant portion of last week.

The undersigned discussed this motion with counsel for the Defendant on February 6, 2007, and opposing counsel has consented hereto. The parties have tentatively discussed February 21, 2007 at 2:00 pm as a proposed date to hold the settlement conference, but – due to her current illness – counsel for the Defendant is unable to verify her availability at this time.

2

Respectfully Submitted,
ALDERMAN & DEVORSETZ, PLLC


/s/ Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
Attorneys for the Plaintiff