IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BLAKE, SR. ) | |
|           Plaintiff ) | |
| v. ) | |
| ) | Case No. 1:06-cv-1575 (HHK) |
| THE ARCHITECT OF THE ) | |
| CAPITOL ) | Judge: Henry H. Kennedy, Jr. |
|           Defendant ) | Magistrate Judge: Deborah A. Robinson |

**CONSENT MOTION TO CANCEL SETTLEMENT CONFERENCE**

The Parties to the above-captioned civil action, by and through their respective counsel, have reached an agreement that will resolve the dispute between them in full. The Parties therefore respectfully request that the settlement conference previously scheduled for 2:00 pm on February 21, 2007 be cancelled.

The Parties intend to submit a signed settlement agreement to the Court early in the week of February 26, 2007 and to move to dismiss this case with prejudice once the agreement receives the court's approval.

Wherefore, the Parties respectfully move the Court to cancel the aforementioned settlement conference.

Respectfully Submitted,
ALDERMAN & DEVORSETZ, PLLC


/s/ Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
Attorneys for the Plaintiff