UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BLAKE, SR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ARCHITECT OF THE CAPITOL,<br><br>　　　　　Defendant. | Civil Action 06-01575 (HHK) |

**ORDER TO ENFORCE SETTLEMENT AGREEMENT**

　　　The parties in this case have called to the court's attention that the Congressional Office of Compliance has refused to disburse the funds necessary for the defendant to comply with its duties under a settlement agreement because the parties' joint stipulation of settlement and voluntary dismissal does not bear the signature of the court.

　　　The parties filed the joint stipulation on March 8, 2007, and the court terminated the case at the parties' request, which is reflected on the electronic docket for the case.  Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action "without order of the court . . . (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action."  Furthermore, the Comment to Local Civil Rule 5.4(c)(3) provides that "[a]n opinion, memorandum, order, judgment, default, or other notice issued electronically by the Court or by the Clerk bears an electronic 'signature' and does not require a handwritten signature to be official and binding. Also, an order or notice (such as a minute entry or scheduling notice) entered on the docket without an attached document is official and binding."

The case has been voluntarily dismissed by the plaintiff with the consent of all parties. No further action by the court should be necessary for the Office of Compliance to fulfill the terms of the settlement agreement.

**SO ORDERED.**

                                                Henry H. Kennedy, Jr.
                                                United States District Judge